UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the JEFFERSON COUNTY BOARD OF HEALTH,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DRUMMOND COMPANY, INC. d/b/a ABC COKE<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:19-cv-00240-AKK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDMENT TO JEFFERSON COUNTY BOARD OF HEALTH'S NOTICE OF JOINDER IN THE UNITED STATES' MOTION TO ENTER CONSENT DECREE**

**COMES NOW** the Jefferson County Board of Health ("JCBH") and hereby amends its Response to Public Comments, which are attached as Exhibit A to JCBH's Joinder (Doc. 8).

1. JCBH amends the summary of the public comment identified in Section V (on page 4 of its Response to Public Comments) to read as follows:

    **Comment: Some commenters argue that JCDH should not receive**

1

**its portion of the civil penalty and such funds should be distributed to a trust to be administered by Gasp and community members.**

2. Except as stated above, the Joinder (and exhibits) remain unchanged.

Respectfully Submitted,

 /s/    Wade C. Merritt
DAVID S. MAXEY   (Ala. Bar No. ASB-5361-X83D)
WADE C. MERRITT (Ala. Bar No. ASB-9485-A49M)
Attorneys for the Jefferson County Board of Health

OF COUNSEL:

SPAIN & GILLON, LLC
505 20th Street North
Suite 1200
Birmingham, AL 35203
(205) 328-4100
DMaxey@Spain-Gillon.com
WMerritt@Spain-Gillon.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2020, the foregoing Amendment was filed with the Clerk of the Court using the CM/ECF system which will send notice of such filing to counsel of record for all parties as listed below:

For Co-Plaintiff United States of America:
Andrew W. Ingersoll, andrew.ingersoll@usdoj.gov
Robert W. Caplan, caplan.robert@epa.gov

For Defendant Drummond Company, Inc.:
Richard E. Davis, Rdavis@starneslaw.com
Robert B. McKinstry, Bobby@robertbmckinstryjr.com

    /s/    Wade C. Merritt
Of Counsel