FILED
2020 Feb-04  PM 02:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, and the JEFFERSON COUNTY BOARD OF HEALTH,** )<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 2:19-cv-00240-AKK |
| **Plaintiffs,** ) | |
| v. ) | |
| **DRUMMOND COMPANY, INC. d/b/a ABC COKE,** )<br>)<br>) | |
| **Defendant.** ) | |

**JOINDER IN THE UNITED STATES' CONDITIONAL NON-OPPOSITION TO GASP'S MOTION TO INTERVENE**

Defendant Drummond Company, Inc. d/b/a ABC Coke ("Drummond") hereby joins in The United States' Conditional Non-Opposition to Gasp's Motion to Intervene for the reasons set forth in the United States' Motion and brief. Drummond requests that the Court enter the United States' proposed Order limiting Gasp's involvement to (1) receipt of notice of all Court proceedings: (2) filing a brief on the motion to enter; (3) presentation of oral argument on any motion to enter; and (4) filing an appeal of any Order entered by this Court. Notwithstanding its conditional non-opposition to intervention, Drummond disputes certain allegations made by

{B3407129}                                  1

Gasp in its motion papers and reserves the right to oppose those allegations in further proceedings.

    This 4th day of February, 2020.

                                    Respectfully submitted:

                                    /s/ Robert B. McKinstry, Jr.
                                  ROBERT B. McKINSTRY, JR.
                                  Environmental and Climate Law & Consulting
                                  Romeade Farm
                                  548 School House Rd.
                                  Kennett Square Pa. 19348
                                  Telephone: 484-467-3207
                                  bobby@robertbmckinstryjr.com

                                  /s/ Richard E. Davis
                                  RICHARD E. DAVIS (ASB-6685-A58R)
                                  STARNES DAVIS FLORIE LLP
                                  100 Brookwood Place, 7th Floor
                                  Birmingham, Alabama 35209
                                  Telephone:  (205) 868-6000
                                  Facsimile:   (205) 868-6099
                                  red@starneslaw.com

                                  *Attorneys for Drummond Company, Inc.*
                                  *d/b/a ABC Coke*

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Joinder in the United States' Conditional Non-Opposition to Gasp's Motion to Intervene has been filed with the Clerk of the Court using the CM/ECF system which is supposed to send electronic notification of such filing to counsel of record below:

Andrew W. Ingersoll, Esq.
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D Street NW
Washington, DC 20004
andrew.ingersoll@usdoj.gov

Robert W. Caplan, Esq.
U.S. Environmental Protection Agency
Region 4
61 Forsyth Street
Atlanta, GA 30338
caplan.robert@epa.gov

David S. Maxey, Esq.
Wade C. Merritt, Esq.
SPAIN & GILLON LLC
2117 Second Avenue North
Birmingham, AL 35203
dsm@spain-gillon.com
wcm@spain-gillon.com

Sarah Stokes, Esq.
Barry Brock, Esq.
Southern Environmental Law Center
2829 Second Avenue S., Suite 282
Birmingham, AL 35233
sstokes@selcal.org
bbrock@selcal.org

and by U.S. Mail to:
Ellen M. Mahan, Esq.
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

      This 4th day of February, 2020.

                                  /s/ Richard E. Davis
                                  Of Counsel