UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the JEFFERSON COUNTY BOARD OF HEALTH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DRUMMOND COMPANY, INC. d/b/a ABC COKE<br><br>　　　　　Defendant. | Civil Action No. 2:19-cv-00240-AKK |

### JEFFERSON COUNTY BOARD OF HEALTH'S JOINDER IN THE UNITED STATES' CONDITIONAL NON-OPPOSITION TO GASP'S MOTION TO INTERVENE

**PLEASE TAKE NOTICE** that Plaintiff Jefferson County Board of Health joins in the United States' Conditional Non-Opposition to Gasp's Motion to Intervene (Doc. 13) for the reasons stated therein.

1

Respectfully Submitted,

  /s/    Wade C. Merritt
DAVID S. MAXEY   (Ala. Bar No. ASB-5361-X83D)
WADE C. MERRITT (Ala. Bar No. ASB-9485-A49M)
Attorneys for the Jefferson County Board of Health

OF COUNSEL:

SPAIN & GILLON, LLC
505 20th Street North
Suite 1200
Birmingham, AL 35203
(205) 328-4100
DMaxey@Spain-Gillon.com
WMerritt@Spain-Gillon.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2020, the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of such filing to counsel of record for all parties as listed below:

For Co-Plaintiff United States of America:
Andrew Ingersoll, andrew.ingersoll@usdoj.gov
Robert W. Caplan, caplan.robert@epa.gov

For Defendant Drummond Company, Inc.:
Richard E. Davis, Rdavis@starneslaw.com
Robert B. McKinstry, Bobby@robertbmckinstryjr.com

For Gasp:
Sarah Stokes, sstokes@selcal.org
Barry Brock, bbrock@selcal.org

    /s/    Wade C. Merritt
Of Counsel