FILED
2020 Sep-15 PM 06:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# TO PARTIES' JOINT CASE MANAGEMENT PLAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the JEFFERSON COUNTY BOARD OF HEALTH, ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 2:19-cv-00240-AKK |
| v. ) ) | |
| DRUMMOND COMPANY, INC., d/b/a ABC COKE, ) ) ) | |
| Defendant. ) | |

## [Settling Parties' Proposed] CASE MANAGEMENT PLAN AND ORDER

This Court recently ordered that the parties confer and submit a case management plan by September 15, 2020. Dkt. 17. The Court further instructed that all discovery be completed by November 30 and the Intervenors brief in opposition to the consent decree is due December 7, 2020. Dkt. 17. Replies to that brief are due December 15, 2020. Dkt. 17. This Plan governs further proceedings in this action unless modified for good cause shown. It is hereby ORDERED as follows:

1. **EXTENSIONS FOR THE DEADLINES SET FOR DISCOVERY CUTOFF AND DISPOSITIVE MOTIONS WILL NOT BE GRANTED**

## ABSENT SHOWNG OF EXTRAORDINARY CIRCUMSTANCES.[1]

2. **Answer to Complaint:** Defendant shall answer the complaint in intervention within 20 days of the entry of this case management plan.

3. **Defendant's Dispositive Motion:** Defendant shall bring any motion to dismiss or, in the alternative, for summary judgment on Plaintiff Gasp's complaint, within 60 days of the Court entering this order.

4. **Discovery:** All discovery is stayed pending resolution of Defendant's motion to dismiss or for summary judgment. After this Court's resolution of such a motion, the stay will be lifted and a discovery period of 90 days will commence. The parties are directed to Appendix IV, which outlines the court's procedures for resolving discovery disputes.

5. **Electronically Stored Information:** To the extent it exists, relevant, non-privileged electronically stored information (ESI) that is reasonably accessible will be produced by the parties in either PDF or hardcopy format, to enable the parties to exchange discoverable information without undue burden or costs. A requesting party may obtain relevant, non-privileged, electronic information in a format other than PDF or hardcopy only upon agreement by the parties or a showing of substantial need to the court for

---

[1] In the event extraordinary cause is shown, only one extension will be granted. All subsequent motions will be denied.

such information in that format.

6. **Protective Order:** The parties agree to the entry of a protective order covering confidential business information ("CBI"), personal identifying information ("PII"), and other types of sensitive information that may be produced in discovery.

7. **Clawback Order:** The parties agree to the entry of an order regarding claims of privilege or of protection with respect to the inadvertent production of any privileged material that will allow the producing party to claw back such inadvertently produced document and will further require that such party produce a privilege log as to any such document.

8. **Limitations on Interrogatories:** Maximum of 20 interrogatories (including discrete subparts) by each party to any other party. Responses are due 30 days after service.

9. **Limitations on Requests for Production:** Maximum of 30 requests for production (including discrete subparts) to any other party. Responses are due 30 days after service.

10. **Limitations on Requests for Admission:** Maximum of 30 requests for admission by each party to any other party. Responses are due 30 days after service.

11. **Limitations on Depositions:** Maximum of 3 fact witness depositions by any

party. Each deposition is limited to a maximum of 8 hours, with 1 hour reserved for questioning by the attorney representing the witness, unless extended by agreement of the parties or order of the court.

12. **Remote Deposition Procedures:** The parties agree to the entry of an order for remote deposition of witnesses to reflect the challenges attendant the taking of depositions during Covid-19.

13. **Reports from retained experts under Fed. R. Civ. P. 26(a)(2):** As this matter is not proceeding to any evidentiary hearing or trial, there shall be no expert disclosures or discovery in this matter.

DONE this _____ day of _____, 2020.

ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE