

**EXHIBIT B**
**GASP'S PROPOSED CASE MANAGEMENT PLAN**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, and the JEFFERSON COUNTY BOARD OF HEALTH,** ) ) ) ) | |
| **Plaintiffs,** ) | |
| **and** ) | |
| **GASP** ) | |
| **Intervenor-Plaintiff** ) | **Case No. 2:19-cv-00240-AKK** |
| **v.** ) | |
| **DRUMMOND COMPANY, INC., d/b/a ABC COKE,** ) ) | |
| **Defendant.** ) | |

## [Gasp's Proposed] CASE MANAGEMENT PLAN AND ORDER

This Court recently ordered that the parties confer and submit a joint case management plan by September 15, 2020. Dkt. 17. The Court further instructed that all discovery be completed by November 30 and the Intervenors brief in opposition to the consent decree is due December 7, 2020. Dkt. 17. Replies to that brief are due December 15, 2020. Dkt. 17. This Plan governs further proceedings in this action unless modified for good cause shown. It is hereby ORDERED as follows:

1. **Answer to Complaint:** Since Defendant has had an almost exact replica of Plaintiff-Intervenor's complaint for a year-and-a-half, it will answer the complaint in intervention within 10 days of the entry of this case management plan.

2. **Discovery:** All discovery is to be commenced in time to be completed by November 30th. The parties are directed to Appendix IV, which outlines the court's procedures for resolving discovery disputes.

3. **Electronically Stored Information:** To the extent it exists, relevant, non-privileged electronically stored information (ESI) will be produced by the parties in either PDF or hardcopy format, to enable the parties to exchange discoverable information without undue burden or costs. A requesting party may obtain relevant, non-privileged, electronic information in a format other than PDF or hardcopy only upon agreement by the parties or a showing of substantial need to the court for such information in that format. The parties agree to the entry of an order regarding claims of privilege or of protection with respect to the inadvertent production of any privileged material that will allow the producing party to claw back such inadvertently produced document and will further require that such party produce a privilege log as to any such document.

4. **Limitations on Interrogatories:** Maximum of 25 interrogatories (including

discrete subparts) by each party to any other party. Responses are due <u>15</u> days after service.

5. **Limitations on Requests for Production:** Maximum of <u>40</u> requests for production (including discrete subparts) to any other party. Responses are due <u>15</u> days after service.

6. **Limitations on Requests for Admission:** Maximum of <u>30</u> requests for admission by each party to any other party. Responses are due <u>15</u> days after service.

7. **Limitations on Depositions:** Maximum of <u>6</u> depositions by Gasp, <u>2</u> depositions by defendant, and <u>2</u> depositions each by the United States and Jefferson County Board of Health. Each deposition is limited to a maximum of <u>8</u> hours, with 1 hour reserved for questioning by the attorney representing the witness, unless extended by agreement of the parties or order of the court.

8. **Reports from retained experts under Fed. R. Civ. P. 26(a)(2):** Due from Gasp by <u>November 2nd</u>. Any Rebuttal Reports by any of the Settling Parties are due <u>November 13th</u>. Any Rebuttal Report by Gasp due by November <u>20th</u>.

DONE this _____ day of _____, 2020.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE